FILED
 2009 Sep-21  AM 11:01
 U.S. DISTRICT COURT
 N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **MALISSA R. GOLDSBY,** | } |
| **Plaintiff,** | } |
| v. | } Case No.: 2:09-CV-1345-RDP-JEO |
| **THE ATTORNEY GENERAL OF THE STATE OF ALABAMA,** | } |
| **Defendant.** | } |

## MEMORANDUM OPINION

This case involves a petition for a writ of habeas corpus filed by Malissa R. Goldsby (Doc. #1). The Magistrate Judge entered a Report and Recommendation which recommended that the case is due to be dismissed without prejudice because Petitioner has (1) not paid the filing fee and not filed an appropriate application to proceed *in forma pauperis*, and (2) not exhausted available state remedies. (Doc. #4). Petitioner has not filed any objections to the Magistrate Judge's determination.

The court has considered the entire file in this action together with the Magistrate Judge's Report and Recommendation and has reached an independent conclusion that the Magistrate Judge's Report and Recommendation is due to be adopted and approved. The court hereby **ADOPTS** and **APPROVES** the findings and recommendation of the Magistrate Judge as the findings and conclusion of the court. In accordance with the recommendation, this petition for writ of habeas corpus is due to be dismissed without prejudice. An appropriate order will be entered.

**DONE** and **ORDERED** this ___21st___ day of September, 2009.

_____
**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE